FILED
HARRISBURG
MAR 3 0 2006
MARY E. D'ANDREA, CLERK
Per_____ /s/_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS LOCAL UNION NO. 158 WELFARE FUND AND PENSION FUND and JAMES ANDREWS, as Trustee of the Laborers Local Union No. 158 Welfare Fund and Pension Fund, | |
| | CIVIL ACTION NO. 1:06-CV-250 |
| Plaintiffs, | COMPLAINT FILED 02/02/06 |
| vs. | ELECTRONICALLY FILED |
| INTERCOUNTY PAVING ASSOCIATES, LLC, | |
| Defendants. | |

## NOTICE OF DISMISSAL

AND NOW comes the Plaintiffs, by and through their attorneys, IRA H. WEINSTOCK, P.C., pursuant to Rule 41 of the F.R.C.P. and hereby dismisses the above-captioned matter.

Respectfully Submitted,


/s/ Maggi E. Colwell
Maggi E. Colwell, Esquire (PA 88632)
Attorney for the Plaintiffs
**IRA H. WEINSTOCK, P.C.**
800 North Second Street
Harrisburg, PA 17102
Telephone: 717-238-1657
Facsimile: 717-238-6691
e-mail: maggi.colwell@verizon.net


SO ORDERED:

_____
United States District Judge

Dated: 3/30/06